**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

OSMIN A AYALA,

          Plaintiff,

    v.

SERGIO ALBARRAN, et al.,

          Defendants.

Case No.  5:26-cv-03092-BLF

**ORDER STRIKING NONCOMPLIANT FOOTNOTES IN GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE**

[Re: ECF No. 13]

Before the Court is the Government's Response to the Order to Show Cause Why a Preliminary Injunction Should Not Issue.  ECF No. 13.  For all its discussion of procedure, the Government neglects to follow the Court's Standing Order, which requires that footnotes be double-spaced, not cite to legal authorities or evidence, and be limited to fewer than five per brief. *See* Standing Order re Civil Cases § IV.F.  The footnotes in the Government's Response Brief are accordingly STRICKEN and will not be considered.

    **IT IS SO ORDERED.**

Dated:  April 20, 2026

_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California