**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| OSMIN A AYALA, | Case No.  5:26-cv-03092-BLF |
| Plaintiff, | |
| v. | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER THROUGH MAY 8, 2026** |
| SERGIO ALBARRAN, et al., | |
| Defendants. | [Re: ECF No. 7] |

On April 10, 2026, the Court granted Petitioner's request for a temporary restraining order prohibiting Respondents from detaining him through April 24, 2026.  ECF No. 7.  The Court further ordered Respondents to show cause why a preliminary injunction should not issue.  *See id.* At the show-cause hearing held April 23, 2026, the Court indicated that it was inclined to convert the temporary restraining order into a preliminary injunction.  To allow Petitioner to submit a proposed preliminary injunction order, IT IS HEREBY ORDERED THAT:

(1) The temporary restraining order is EXTENDED to May 8, 2026.  All conditions of the April 10, 2026, order remain in full effect.

(2) Petitioner SHALL file a proposed preliminary injunction order by May 1, 2026.

Respondents may file any objections or comments to the proposed order by May 1, 2026.

The Parties shall confer and create an internal schedule to exchange drafts and comments.

**IT IS SO ORDERED.**

Dated:  April 23, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California