# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

OSMIN A AYALA,

        Plaintiff,

   v.

SERGIO ALBARRAN, et al.,

        Defendants.

Case No.  5:26-cv-03092-BLF

**ORDER REGARDING BRIEFING SCHEDULE FOR HABEAS PETITION**

On April 30, 2026, the Court issued an order granting a preliminary injunction in this case. ECF No. 21.  The Parties SHALL meet and confer regarding a briefing schedule for the return and traverse on the habeas petition and file a stipulated briefing schedule by May 8, 2026.

**IT IS SO ORDERED.**

Dated:  April 30, 2026

_____

BETH LABSON FREEMAN
United States District Judge