**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

OSMIN A AYALA,

        Plaintiff,

  v.

SERGIO ALBARRAN, et al.,

        Defendants.

Case No.  26-cv-03092-BLF

**ORDER REQUESTING A JOINT STATEMENT FROM THE PARTIES ON OR BEFORE AUGUST 4, 2026**

On April 30, 2026, the Court issued an order granting a preliminary injunction in this case. ECF No. 21.  The Government then filed a return, ECF No. 25, and Petitioner filed a traverse, ECF No. 26.  The Court requests that the Parties meet and confer and submit a joint statement advising the Court whether this matter should be set for hearing or submitted for decision on the petition.  The Parties SHALL submit this statement on or before August 4, 2026.

    **IT IS SO ORDERED.**

Dated:  July 27, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California